No. 93–1577.  QUALITEX CO. *v.* JACOBSON PRODUCTS CO., INC.  C. A. 9th Cir.  [Certiorari granted, 512 U. S. 1287.]  Motion of

the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.